IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv67-MHT |
| ) | (WO) |
| MS. KNIGHT, mail room ) | |
| clerk, and MAIL ROOM ) | |
| CLERKS AT KILBY, ) | |
| ) | |
| Defendants. ) | |

OPINION

Pending before the court is the recommendation of the United States Magistrate Judge that the plaintiff's motion to dismiss be granted and that this case be dismissed without prejudice. No objections have been filed. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of February, 2015.

　　　　　　　　　　　　　/s/ Myron H. Thompson_____
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE