IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS CAREY,                   )
                                )
     Plaintiff,                 )
                                )
                                )    CIVIL ACTION NO.
     v.                         )     2:15cv67-MHT
                                )        (WO)
MS. KNIGHT, mail room           )
clerk, and MAIL ROOM            )
CLERKS AT KILBY,                )
                                )
     Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the magistrate judge (doc. no. 5) is adopted.

(2) Plaintiff's motion to dismiss (doc. no. 3) is granted.

(3) This lawsuit is dismissed without prejudice.

(4) No fees or costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 19th day of February, 2015.**

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**